MONTE GLENN COFFMAN, APPELLANT, *v.* SHERIFF, WASHOE COUNTY, NEVADA, RESPONDENT.

No. 7820

December 27, 1974          529 P.2d 207

*James W. Johnson, Jr.,* and *Thomas L. Belaustegui,* of Reno, for Appellant.

*Robert List,* Attorney General, Carson City; *Robert E. Rose,* District Attorney, and *Calvin R. Dunlap,* Deputy District Attorney, Washoe County, for Respondent.

## OPINION

*Per Curiam:*

In this appeal from an order denying a pretrial petition for habeas corpus, we believe evidence presented at the preliminary examination justified the magistrate's determination that there was probable cause to hold appellant for trial. NRS 171.206. At this juncture we need not and do not decide whether such evidence would support a conviction. Cf. McDonald v. Sheriff, 89 Nev. 326, 512 P.2d 774 (1973).

Other contentions raised by appellant are also without merit. Cf. Laney v. State, 86 Nev. 173, 466 P.2d 666 (1970).